LUCIUS H. BEERS, as Substituted Trustee under the Will of DE FOREST MANICE, Deceased, Plaintiff, *v.* CAROLINE A. GRANT et al., Respondents, and JAMES TUTTLE SMITH, Individually and as Executor of FRANCIS I. SMITH, Deceased, Appellant.

*Beers* v. *Grant,* 110 App. Div. 152, affirmed.
(Argued April 4, 1906; decided May 1, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered Janu-

ary 15, 1906, affirming a judgment of Special Term entered upon the report of a referee settling the accounts of the trustee herein and directing distribution of the estate.

*Herbert C. Lakin*, *Francis Woodbridge* and *Henry De Forest Baldwin* for appellant.

*John M. Perry*, *Edward E. Sprague* and *Madison Grant* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ. Absent: O'BRIEN, J.